# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Zoila Argentina Escalante
aka Maria Herminia Escalante
Portillo,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                         3:11cv280

United States of America, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2011 Order.

Signed: October 18, 2011

Frank G. Johns, Clerk
United States District Court